# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1663

_____

Jesse Robert Furr

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction; Randy Watson,
Warden, Varner Unit; Joshua Mayfield, Administrator, Religious Services

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: January 30, 2019
Filed: March 18, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Jesse Furr appeals the district court's[1] grant of summary judgment in his pro se action raising claims under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act. Having carefully reviewed the evidentiary record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas.